IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JENNIFER L. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:11-CV-390 |
| | ) | |
| SUNTRUST BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on May 23, 2013, was served on the parties. The plaintiff, Jennifer L. Wilson, filed a document on June 10, 2013, which the Court will treat as objections. (Docket Entry 73.) The Court has reviewed the recommendation de novo as to all matters as to which Ms. Wilson objected and has otherwise reviewed for clear error.

The Court adopts the Recommendation in full. This Court lacks jurisdiction over all but plaintiff's sixth cause of action. Moreover, the Rooker-Feldman doctrine bars this Court from hearing her third, fourth, or seventh causes of action and the Complaint otherwise fails to state a claim with respect to the first, second, and fifth causes of action as well as against Does 1-10. Finally, Plaintiff's cause of action against Residential Funding Company, LLC, should be stayed in light of RFC's bankruptcy filing.

**IT IS THEREFORE ORDERED** that:

1. The Motions [sic] to Dismiss of Defendant Substitute Trustee Services, Inc. (Docket Entry 7); Motions [sic] to Dismiss of the Law Firm of Hutchens, Senter & Britton,

P.A. (Docket Entry 10); and Motion to Dismiss of Defendant Jennifer F. Thomas (Docket Entry 28) are **GRANTED**;

2. SunTrust Mortgage, Inc., SunTrust Bank, and Residential Funding Company, LLC's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket Entry 60) is **GRANTED** as to SunTrust Mortgage, Inc. and SunTrust Bank and held in abeyance as to RFC;

3. Plaintiff's first, second, third, fourth, fifth, and seventh causes of action are **DISMISSED** for lack of jurisdiction; Plaintiff's third, fourth, and seventh causes of action are **DISMISSED** pursuant to the Rooker-Feldman doctrine, and Plaintiff's first, second, and fifth causes of action, as well as any claims against Does 1-10, are **DISMISSED** for failure to state a claim upon which relief can be granted;

4. Plaintiff's sixth cause of action, brought solely against RFC, is **STAYED** in light of RFC's Notice of Bankruptcy (Docket Entry 70).

This the 5th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE